**Order filed July 15, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00958-CR

_____

**MICHAEL PATRICK ANDERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 230th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1634095**

## ORDER

Appellant is represented by retained counsel, R. Scott Shearer. Appellant's brief was originally due **September 17, 2020.** The last extension granted to file appellant's brief was until July 8, 2021. As of this date, the brief has not been filed.

We order Scott R. Shearer to file a brief with the clerk of this court on or before **August 12, 2021**. If counsel does not timely file appellant's brief as ordered, the court may issue an order abating the appeal and directing the trial

court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions or other appropriate relief.


PER CURIAM


Panel consists of Chief Justice Christopher and Justices Zimmerer and Hassan.